# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DEBI MCKINNEY** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:14-CV-279 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **CARLTON MANOR NURSING &** | : | |
| **REHABILITATION CENTER, INC.**, *et al.*, | : | **Magistrate Judge Elizabeth** |
| | : | **Preston Deavers** |
| Defendants. | : | |

## ORDER

The matter comes before the Court the Magistrate Judge's Report and Recommendation, recommending this Court impose the sanction of default judgment against Defendants NCR Staffing, Inc. and NCR Management ("NCR Defendants"). (Doc. 36). The Magistrate Judge found such a sanction was warranted given the NCR Defendants' willful failure to obtain counsel, to appear at the September 2, 2014 status conference, or to respond to the Court's Show Cause Order, issued on September 3, 2014. The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so.  No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on October 6, 2014, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation.  The NCR Defendants are hereby **DEFAULTED** in an amount to be determined by this Court.

    IT IS SO ORDERED.

                                                  s/ Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:  April 13, 2015**